### W. W. HONEYCUTT v. C. P. HARTSELL ET AL.

#### (Filed 21 April, 1926.)

APPEAL by defendants from *McElroy, J.,* at October Term, 1925, of
UNION.

Civil action to recover the value of a quantity of lumber sold to the
defendants by the plaintiff and destroyed by fire before the defendants
had removed said lumber from the mill-yard of the plaintiff.

Upon denial of liability, and issues joined, the jury returned the
following verdict:

"1. Did the defendants buy the lumber in controversy when stacked
on sticks on the mill-yard at $11.50 per thousand? Answer: Yes.

"2. In what amount, if any, are the defendants indebted to the plain-
tiff? Answer: $793.09, without interest."

From a judgment on the verdict for plaintiff, the defendants appeal,
assigning errors.

*Vann & Milliken for plaintiff.*
*R. L. Smith & Sons and John C. Sikes for defendants.*

PER CURIAM. The controversy on trial narrowed itself to issues-of
fact, which the jury alone could determine. A careful perusal of the
record leaves us with the impression that the case has been heard and
determined substantially in accord with the principles of law appli-
cable, and that the validity of the trial should be sustained. All matters
in dispute have been settled by the verdict, and no action or ruling on
the part of the trial court has been discovered by us which we appre-
hend should be held for reversible or prejudicial error.

The evidence is conflicting on the issue of liability; it is purely a
question of fact; the jury has determined the matter against the de-
fendants; there is no reversible error appearing on the record; the ex-
ceptions relating to the admission and exclusion of evidence, and those
to the charge, including exceptions to prayers for special instructions
tendered and refused, must all be resolved in favor of the validity of
the trial; the case presents no new question of law, or one not hereto-
fore settled by our decisions. The verdict and judgment will be upheld.

No error.